FILED

03/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0579

_____

ALLAN G. HOLMS, a Montana Corporation
d/b/a HOLMS & ASSOCIATES,

     Plaintiff and Appellee,

v.                              O R D E R

MARK A. BRETZ,

     Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on March 19, 2021, this Court has determined that the brief does not comply with the following Rule.

M. R. App. P. 12(1)(h) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken, together with any written memorandum or rationale of the court, be contained in Appellant's brief to this Court. Although it makes reference to an attached appendix, the appendix was not submitted, and Appellants' brief does not include a copy of the relevant judgment(s) or order(s).

IT IS THEREFORE ORDERED that Appellant Mark A. Bretz shall file electronically an appendix including the relevant judgment(s) or order(s) from the District Court. Pursuant to Rule 12(4) of the Temporary Electronic Filing Rules, Appellant shall submit a paper copy of the appendix with each of the seven paper copies of the electronically filed brief.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
March 22 2021